# EXHIBIT A



**SAINT LOUIS UNIVERSITY**
— EST. 1818 —
www.slu.edu

December 1, 2023



32 2 10055 ****************AUTO**5-DIGIT 62040
DAWN M LOGAN
███████████
GRANITE CITY, IL ███████████

### RE: NOTICE OF A DATA BREACH

Dear Dawn:

Saint Louis University ("SLU") respects the privacy of your information, which is why we are writing to advise you of an incident that may have involved some of your personal information. At this time, we have no reason to believe that your personal information has been misused for the purpose of committing fraud or identity theft. Nonetheless, we want to make you aware of the incident and provide you with guidance on what you can do to protect yourself, should you feel it is appropriate to do so.

**What Happened?** On March 2, 2023, we became aware of suspicious activity involving SLU email accounts. Upon discovering the activity, we began an internal investigation. We also engaged a forensic security firm to investigate the security of our email environment and computer systems. As a result of our investigation, we confirmed that certain email accounts containing your personal information were accessed at various times from December 2022 through July 2023. The forensic investigation confirmed the unauthorized activity was limited to those email accounts and a limited number of documents stored in SLU's SharePoint and OneDrive platforms. In other words, the incident did not involve any other systems or data.

**What Information Is Involved?** We searched the relevant email accounts for any personal information that could have been viewed, and on April 24, 2023, we learned that some of your information was contained in one of the compromised email accounts. The type of information that may have been viewed varied for each individual, but the information that may have been viewed included your name and medical information.

**What We Are Doing.** In addition to the actions described above, we are taking steps to reduce the risk of this type of incident occurring in the future, including reviewing our technical security measures.

**What You Can Do.** You can find more information on steps to protect yourself, including the tips provided by the FTC on fraud alerts, security/credit freezes, and steps you can take to avoid identity theft, in the enclosed Additional Important Information sheet.

**For More Information.** We value the trust you place in us to protect your privacy, take our responsibility to safeguard your personal information seriously, and apologize for any inconvenience this incident might cause. For further information and assistance, please call the dedicated call center we have engaged to address your questions. The call center can be reached at (866) 674-9922 from 8:00 am – 5:30 pm Central Time, Monday – Friday excluding major US holidays.

Sincerely,

Saint Louis University

ELN-20183-025